UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
SALVADOR DIAZ,                                            :
                                                          :
                               Petitioner,                :
                                                          :                 22-CV-3063 (VSB)
               -against-                                  :
                                                          :                 **ORDER**
KENNETH GENALO, et al.,                                   :
                                                          :
                               Respondents.               :
                                                          :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        I am in receipt of Petitioner's January 17, 2024 letter regarding the status of his removal

proceedings.  (Doc. 41.)  Accordingly, it is:

        ORDERED that Respondents file their response to Petitioner's letter on or before January

29, 2024 indicating their position as to whether 8 U.S.C. § 1226 or § 1231 governs Petitioner's

detention at this stage.

SO ORDERED.

Dated:  January 22, 2024
        New York, New York


                                                        _____
                                                        Vernon S. Broderick
                                                        United States District Judge