UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SALVADOR DIAZ,                                               :
:
                      Petitioner,          :
:     22-CV-3063 (VSB)
        -against-                                   :
:     **ORDER**
:
THOMAS DECKER, et al.,                                       :
:
                      Respondents. :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Petitioner's motion to enforce judgment, filed November 6, 2024, and letter motion to seal Exhibit D of Petitioner's memorandum in support of the motion to enforce judgment, filed November 7, 2024.  (Docs. 54, 56.)  To date, I have not received Respondents' briefs in opposition to either motion.  If Respondents do not submit oppositions to Petitioner's motion to enforce judgment and letter motion to seal by December 23, 2024, I will consider Petitioner's motions unopposed, and will decide the motions without the benefit of Respondents' oppositions.  If Respondents file the opposition briefs on or before December 23, 2024, then the Petitioner's reply briefs are due on or before January 6, 2025.

SO ORDERED.

Dated:   December 2, 2024
           New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge