**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SALVADOR DIAZ,

                      Petitioner,

   -against-                                    22 **CIVIL** 3063 (VSB)

                                                           **JUDGMENT**

THOMAS DECKER, et al.,

                      Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated May 21, 2025, although over a month has passed, to date, Petitioner has not opposed or otherwise responded to the Government's request to enter judgment and close the case. The Government's request is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
          May 22, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                     **Clerk of Court**

                                **BY:**             *K. Mango*

                                                                     **Deputy Clerk**